## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ILLINOIS CENTRAL RAILROAD COMPANY,

           Plaintiff,

      v.

THE UNITED STATES OF AMERICA

           Defendant.

No. 17-826L

Judge Matthew H. Solomson

### STIPULATION FOR DISMISSAL

COME NOW Plaintiff, Illinois Central Railroad Company, and Defendant, the United States of America, by and through undersigned counsel, who jointly stipulate, in accordance with the terms of their settlement agreement, to the dismissal of this case, with prejudice, in accordance with Rule 41(a)(1)(A)(ii).

Respectfully submitted this 16th day of May, 2023,

BRADLEY MURCHISON KELLY &
SHEA LLC

TODD KIM
Assistant Attorney General

*/s/ Bradley R. Belsome* (with consent)
BRADLEY R. BELSOME
1100 Poydras St., Ste. 2700
New Orleans, LA 70163-2700
(504) 596.6300
(504) 596-6301 (facsimile)
Email: bbelsome@bradleyfirm.com

Attorney of Record for Illinois Central

*/s/ Brian R. Herman*
BRIAN R. HERMAN
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Washington, DC 20002
Tel: (202) 305-0422
Fax: (202) 305-0275
Email: brian.herman@usdoj.gov

Counsel of Record for Defendant and
Authorized Representative of the Attorney
General

OF COUNSEL:

KYLE DAVIS
Assistant Division Counsel
United States Army Corps of Engineers
Mississippi Valley Division